**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:24-CR-27 (LAG) (ALS) |
| | : |
| FUDENICO RUIZ TUM, | : |
| | : |
| Defendant. | : |
| | : |

## **ORDER**

Before the Court is Defendant Fundencio Ruiz Tum's Unopposed Motion to Continue Trial (Motion to Continue) (Doc. 31). In the Motion, Defendant moves to continue the above-captioned case to a later date. (*Id.* at 1).

On July 9, 2024, Defendant was charged with one count of attempted coercion and enticement of a minor in violation of 18 U.S.C. § 2422(b). (Doc. 1). Defendant was arrested on November 8, 2024, and made his initial appearance on November 12, 2024, where he pled not guilty. (Docs. 8, 9; *see* Docket). Defendant was released on a secured bond. (Docs. 11, 12). After the Court granted a continuance in the matter, it was set for trial on March 31, 2025, and the pretrial conference was set for February 28, 2025. (Docs. 24, 25). Defendant filed the Motion to Continue on February 20, 2025. (Doc. 31). Therein, Defendant represents that his new counsel "has not received the discovery in this case" and that "a continuance is necessary . . . so that the Defendant will have more time to review the discovery, to consider any appropriate pretrial motions and to prepare a proper defense for trial." (*Id.* ¶¶ 5–6). Furthermore, Defense Counsel represents that he has "conferred with counsel for the Government, Ms. Veronica Hansis, Esq., and the Government does not oppose" the Motion to Continue. (*Id.* ¶ 8).

Upon due consideration, the Court finds "that the ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that denying

2

Defendant's Motion to Continue would deny his counsel the reasonable time necessary for effective preparation. *Id.* § 3161(h)(7)(B)(iv). Accordingly, Defendant's Motion to Continue (Doc. 31) is **GRANTED**. The pretrial conference, pretrial conference deadlines, and jury trial in this matter are **CONTINUED** to dates to be determined. The delay occasioned by this continuance shall be deemed **EXCLUDABLE** under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       **SO ORDERED**, this 21st day of February, 2025.

                                        /s/ Leslie A. Gardner
                                        **LESLIE A. GARDNER, CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**