IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,                     *

v.                                             *

                                               Case Number:   1:24-CR-27 (LAG)

FUDENCIO RUIZ TUM ,                            *

                Defendant.                     *

## O R D E R

Pursuant to an Appearance Bond dated November 12, 2025, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,500.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,500.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: JOSE RUIZ TUM

This 1st, day of April , 2026 .

LESLIE ABRAMS GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT